IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DALBEY EDUCATION INSTITUTE, LLC | ) ) | Case No. 11-32445 SBB |
| EIN:  20-2569612 | ) | Chapter 7 |
| | ) | |
| *Debtor.* | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR LEAVE TO CONDUCT RULE 2004 EXAMINATION AND REQUEST PRODUCTION OF DOCUMENTS FROM PHILIP TIRONE PURSUANT TO BANKRUPTCY RULE 2004**

Dennis W. King, Chapter 7 trustee herein ("Trustee"), by his undersigned counsel, hereby requests the Court enter an order pursuant to Bankruptcy Rule 2004, a form of which is submitted herewith, authorizing Trustee to examine and request the production of documents from Philip Tirone.  In support hereof, Trustee states as follows:

1.	Debtor filed a voluntary Chapter 7 bankruptcy on September 21, 2011 (the "Petition Date").  Dennis W. King is the duly appointed and acting Chapter 7 trustee of Debtor's bankruptcy estate.

2.	Also on September 21, 2011, related entities DEI, LLLP and IPME, LLLP filed chapter 7 bankruptcy proceedings in this Court.  Trustee is also the Chapter 7 trustee of the bankruptcy estates of these related entities.

3.	Trustee seeks to conduct a Rule 2004 Examination of Philip Tirone, who had a business relationship with Russell T. Dalbey ("Mr. Dalbey"), who was President of the Debtor, to obtain information concerning the acts, conduct, or property or liabilities of Debtor or concerning any matter which may affect the administration of Debtor's bankruptcy estate, including but not limited to transfers of real estate formerly owned by entities related to the Debtor.

4.	The documents that will be requested from Philip Tirone are necessary to allow Trustee to adequately investigate the financial affairs of the Debtor.

5.	Pursuant to Fed.R.Bankr.P. 2004, Trustee seeks to subpoena documents from and to examine Philip Tirone.  The Rule 2004 oral examination will be conducted by a court reporter.  Trustee will attempt to amicably arrange such examination with counsel for Philip Tirone.

6.	The requested discovery is necessary to enable Trustee to satisfy his duties under Bankruptcy Code § 704.

7. The discovery sought is not unduly burdensome in that it relates only to the acts, conduct, or property or to the liabilities and financial condition of Debtor and may affect the administration of Debtor's estate.

**WHEREFORE,** Trustee respectfully requests an Order, a form of which is submitted herewith, authorizing him to obtain discovery pursuant to Bankruptcy Rule 2004 by taking Philip Tirone's deposition and requesting the production of documents from Philip Tirone concerning the acts, conduct, or property or the liabilities and financial condition of Debtor or concerning any matter which may affect the administration of Debtor's bankruptcy estate, and granting such other and further relief as the Court deems just and proper.

Dated: October 31, 2014.

Respectfully submitted,

*/s/ Douglas C. Pearce, II*
Douglas C. Pearce, II, Esq. #28786
Connolly, Rosania & Lofstedt, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027
Tel. (303) 661-9292
Fax (303) 661-9555
doug@crlpc.com
*Counsel to Dennis W. King, Trustee*

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 31, 2014, I served by pre-paid first class mail a copy of the **TRUSTEE'S MOTION FOR LEAVE TO CONDUCT RULE 2004 EXAMINATION AND REQUEST PRODUCTION OF DOCUMENTS FROM PHILIP TIRONE PURSUANT TO BANKRUPTCY RULE 2004** and **PROPOSED ORDER** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the Local Bankruptcy Rules at the following addresses:

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202

Paul Moss
999 18th St.
Ste. 1551
Denver, CO 80202

Dennis W. King
PO Box 460609
Aurora, CO 80046-0609

Dalbey Education Institute, LLC
PO Box 7300
Broomfield, CO 80021-0022

2

Jeanne Y. Jagow
P.O. Box 271088
Littleton, CO 80127

David A. Shore
5347 S. Valentia Way
Suite 100
Greenwood Village, CO 80111

Katherine Johnson
David P. Frankel
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mailstop M-8102B
Washington, DC 20580

Paul Brown
Karr Tuttle Campbell
701 5th Avenue, Suite 3300
Seattle, WA 981014-7055

Paige Hessen
3131 S. Vaughn Way, Suite 350
Aurora, CO 80014

Barry Meinster
Meinster & Associates, PC
PO Box 681
Conifer, CO 80433

Jay B. Simonson
1525 Sherman Street
7th Floor
Denver, CO 80203

Thomas C. Bell
1550 17th Street
Suite 500
Denver, CO 80202

Shawn Christianson
Buchalter, Nemer, Fields & Younger
55 Second Street
17th Floor
San Francisco, CA 94105-3493

David R. Eason
1129 Cherokee Street
Denver, CO 80204

Donna Davis
614 S. Christian
Moundridge, KS 67107

*/s/ Carrie Urban*
Carrie Urban, Legal Assistant

3