# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DALBEY EDUCATION INSTITUTE, ) | Case No. 11-32445 SBB |
| LLC ) | |
|    EIN: 20-2569612 ) | Chapter 7 |
| ) | |
|    *Debtor*. ) | |
| ) | |

## ORDER AUTHORIZING RULE 2004 EXAMINATION OF PHILIP TIRONE AND REQUEST FOR PRODUCTION OF DOCUMENTS

THIS MATTER is before the Court on the Trustee's Motion for Leave to Conduct Rule 2004 Examination and Request Production of Documents from Philip Tirone, Pursuant to Bankruptcy Rule 2004 (the "Motion") filed by Dennis W. King, Chapter 7 Trustee ("Trustee") herein. Upon consideration of the Motion, good cause having been shown, and finding that the Motion is appropriate under Fed.R.Bankr.P. 2004 and Local Bankruptcy Rule 2004-1, it is hereby Ordered that:

The Motion is GRANTED. The Trustee is AUTHORIZED to conduct the examination of, and request discovery from, Philip Tirone pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1. Such examination and discovery shall be allowed to the extent they relate to the acts, conduct, or property of or liabilities and financial condition of the Debtor or relate to any matter that may affect administration of the Debtor's estate.

IT IS FURTHER ORDERED that the Trustee is AUTHORIZED to cause the issuance of one or more subpoenas from the Court to compel such examination and the production of documents in the manner specified in Fed.R.Bankr.P. 2004(c).

DATED: November 3, 2014.

BY THE COURT:

_____
The Honorable Sidney B. Brooks
United States Bankruptcy Court Judge