United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 11-32445-SBB
Dalbey Education Institute, LLC                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: castleber          Page 1 of 2          Date Rcvd: Nov 03, 2014
                              Form ID: pdf904          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2014.
db              #Dalbey Education Institute, LLC,    PO Box 7300,    Broomfield, CO   80021-0022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2014 at the address(es) listed below:
        Adam L. Hirsch    on behalf of Defendant    JPMorgan Chase & Company adam.hirsch@kutakrock.com,
        sandra.orvis@kutakrock.com
        Amy M. Leitch    on behalf of Defendant    JPMorgan Chase & Company amy.leitch@kutakrock.com,
        sandra.orvis@kutakrock.com
        Andrew Goodman    on behalf of Defendant Marilena Dalbey agoodman@greenbass.com,
        ksopky@greenbass.com
        Barry Meinster    on behalf of Defendant    WhippleWood CPA's, P.C. bmeinster@meinster.com
        Barry Meinster    on behalf of Creditor    WhippleWood CPA's, PC bmeinster@meinster.com
        Christian C. Onsager    on behalf of Defendant    Cisco Systems Capital Corporation
        consager@OGFJ-law.com,   agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
        Craig K. Schuenemann    on behalf of Defendant    Aero Media, LLC, doing business as The Cross
        Agency craig.schuenemann@bryancave.com,   linda.schuch@bryancave.com
        David A. Shore    on behalf of Creditor    Mile High Banks Ltew@shoreattys.com,
        ktorno@shoreattys.com;lcochran@shoreattys.com
        David Morton Little    on behalf of Defendant    Cisco Systems Capital Corporation
        dlittle@OGFJ-law.com,   agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
        David R. Eason    on behalf of Defendant    Transfirst, LLC, a Delaware limited liability company,
        dave@easonrohde.com,   christy@easonrohde.com
        David R. Eason    on behalf of Creditor    TransFirst, LLC dave@easonrohde.com,
        christy@easonrohde.com
        Dennis W. King    kingdj7@aol.com,   dking@ecf.epiqsystems.com
        Douglas C. Pearce, II    on behalf of Plaintiff Dennis W. King doug@crlpc.com,   carrie@crlpc.com
        Douglas C. Pearce, II    on behalf of Plaintiff Dennis W. King doug@crlpc.com,   carrie@crlpc.com
        Douglas C. Pearce, II    on behalf of Trustee Dennis W. King doug@crlpc.com,   carrie@crlpc.com
        E. Dwight Taylor    on behalf of Defendant    Denver Security Services, LLC dtaylor@rmlawgrp.com,
        khudson@rmlawgrp.com
        Ellen Cadette    on behalf of Trustee Dennis W. King ellen@crlpc.com
        Ellen Cadette    on behalf of Plaintiff Dennis W. King ellen@crlpc.com
        Ellen Cadette    on behalf of Plaintiff Dennis W. King ellen@crlpc.com
        Eric E. Johnson    on behalf of Defendant    First Western Trust Bank, a commercial bank
        ejohnson@shermanhoward.com,   efiling@shermanhoward.com:rneal@shermanhoward.com
        Jeanne Y. Jagow    on behalf of Debtor    Dalbey Education Institute, LLC jjagow@jagowlaw.us,
        jvandyke@jagowlaw.us
        Joli A. Lofstedt    on behalf of Plaintiff Dennis W. King joli@crlpc.com
        Joli A. Lofstedt    on behalf of Trustee Dennis W. King joli@crlpc.com
        Joseph G. Rosania    on behalf of Trustee Dennis W. King joe@crlpc.com
        Joseph G. Rosania    on behalf of Plaintiff Dennis W. King joe@crlpc.com
        Katherine Johnson    on behalf of Creditor    Federal Trade Commission kjohnson3@ftc.gov
        Paul Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
        Paul G. Urtz    on behalf of Defendant    American Express Company paulurtz@stutzmillerurtz.com
        Shawn Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
        cmcintire@buchalter.com

District/off: 1082-1          User: castleber          Page 2 of 2          Date Rcvd: Nov 03, 2014
                              Form ID: pdf904          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Thomas C. Bell   on behalf of Creditor   Sterling Media, LLC tom.bell@dgslaw.com,
              bernadette.marquez@dgslaw.com
              Thomas C. Bell   on behalf of Creditor Russell  Dalbey tom.bell@dgslaw.com,
              bernadette.marquez@dgslaw.com
              Thomas C. Bell   on behalf of Defendant Catherine  Dalbey tom.bell@dgslaw.com,
              bernadette.marquez@dgslaw.com
              Thomas C. Bell   on behalf of Creditor   Successful Living, Inc. tom.bell@dgslaw.com,
              bernadette.marquez@dgslaw.com
              Thomas C. Bell   on behalf of Defendant Russell T. Dalbey tom.bell@dgslaw.com,
              bernadette.marquez@dgslaw.com
              Thomas C. Bell   on behalf of Creditor Russell T Dalbey tom.bell@dgslaw.com,
              bernadette.marquez@dgslaw.com
              Tom H. Connolly   on behalf of Trustee Dennis W. King tom@crlpc.com,  Christy@crlpc.com
              Tom H. Connolly   on behalf of Plaintiff Dennis W. King tom@crlpc.com,  Christy@crlpc.com
              US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                                      TOTAL: 38

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
DALBEY EDUCATION INSTITUTE,                     )      Case No. 11-32445 SBB
LLC                                             )
     EIN:  20-2569612                          )      Chapter 7
                                                )
                    *Debtor*.              )
                                                )

## ORDER AUTHORIZING RULE 2004 EXAMINATION OF PHILIP TIRONE
## AND REQUEST FOR PRODUCTION OF DOCUMENTS

       THIS MATTER is before the Court on the Trustee's Motion for Leave to Conduct Rule 2004 Examination and Request Production of Documents from Philip Tirone, Pursuant to Bankruptcy Rule 2004 (the "Motion") filed by Dennis W. King, Chapter 7 Trustee ("Trustee") herein.  Upon consideration of the Motion, good cause having been shown, and finding that the Motion is appropriate under Fed.R.Bankr.P. 2004 and Local Bankruptcy Rule 2004-1, it is hereby Ordered that:

       The Motion is GRANTED.  The Trustee is AUTHORIZED to conduct the examination of, and request discovery from, Philip Tirone pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1.  Such examination and discovery shall be allowed to the extent they relate to the acts, conduct, or property of or liabilities and financial condition of the Debtor or relate to any matter that may affect administration of the Debtor's estate.

       IT IS FURTHER ORDERED that the Trustee is AUTHORIZED to cause the issuance of one or more subpoenas from the Court to compel such examination and the production of documents in the manner specified in Fed.R.Bankr.P. 2004(c).


DATED:      November 3, 2014    .

                    BY THE COURT:

                    *Sid Brooks*

                    _____
                    The Honorable Sidney B. Brooks
                    United States Bankruptcy Court Judge